FILED

2010 DEC 15 AM 11:53

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

~~District of Vermont~~ USA

PLAINTIFF(S)

v.

Gerard Blanchard

DEFENDANT(S).

CASE NUMBER: ~~2:02 CR~~ 10-3056 M

**AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: Indictment
in the _____ District of Vermont on 2/6/2003
at 4:46 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about _____
in violation of Title 21 U.S.C., Section(s) 846, 841
to wit: Conspiracy to Distribute Marijuana

A warrant for defendant's arrest was issued by: District of Vermont

Bond of $ —  was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 12/15/10, by

_____, Deputy Clerk.

_____
Signature of Agent

M. Nunez
Print Name of Agent

USMS
Agency

DUSM
Title

CR-52 (05/98)                AFFIDAVIT RE OUT-OF-DISTRICT WARRANT